In the Matter of the Claims of Rose M. Graziadei et al., on Behalf of Themselves and All Others Similarly Situated, Appellants. Isador Lubin, as Industrial Commissioner, Respondent. General Electric Corporation, Employer.—

Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ.